UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SARAH ARCHBOLD, et al., )
         Plaintiffs, ) Case No. 2:13-cv-00714-JAD-CWH
)
vs. ) **ORDER**
)
LANDRY'S GAMING, INC., et al., )
         Defendants. )

This matter is before the Court on Defendants' Motion for Scheduling Conference (#20), filed February 11, 2014. The undersigned denies Defendants request to conduct a scheduling conference. Local Rule ("LR") 26-1(d) requires Plaintiff to initiate a meeting pursuant to Fed. R. Civ. P. 26(f) within thirty (30) days after the first defendant answers or otherwise appears. Within fourteen (14) days after the Rule 26(f) meeting, the parties are required to submit a stipulated discovery plan and scheduling order. LR 26-1(d). To date, Plaintiffs have not complied with their obligation to initiate the Rule 26(f) conference. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Scheduling Conference (#20) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiffs shall initiate a Rule 26(f) by **Friday, February 28, 2014**. The parties shall submit a stipulated discovery plan and scheduling order in compliance with Local Rule 26 by **Friday, March 14, 2014**. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN ISSUANCE OF AN ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE, INCLUDING A RECOMMENDATION FOR CASE DISPOSITIVE SANCTIONS.

DATED: February 14, 2014.

                                                _____
                                                **C.W. Hoffman, Jr.**
                                                **United States Magistrate Judge**