UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sarah Archbold et al.,<br><br>　　　　Plaintiffs<br><br>　　　v.<br><br>Landry's Gaming, Inc.,<br><br>　　　　Defendants | Case No.: 2:13-cv-00714-JAD-CWH<br><br>**Order regarding Status Report [Doc. 14] and Ordering Defendants to Refile Motion to Dismiss** |

　　　This transferred action arises out of claims brought pursuant to the Electronic Funds Transfer Act and based on automated teller transactions in Las Vegas, Nevada during three months in 2011.[1] The case was filed in the Court of Common Pleas of Monroe County, Pennsylvania, on November 6, 2012; removed to the United States District Court for the Middle District of Pennsylvania on December 27, 2012, where it was fully briefed; and transferred to Judge Robert C. Jones in the United States District Court for the District of Nevada on April 24, 2013.[2] The case was subsequently reassigned to Judge Jennifer A. Dorsey on August 28, 2013.[3]

　　　Pursuant to Judge Jones's order, Defendants filed a status report on May 24, 2013, asking this Court to rule on a Motion to Dismiss or Transfer that was originally filed in the Middle District

---

[1] Doc. 1 at 2 (citing 15 U.S.C. § 1693 et seq.).

[2] Doc. 14 at 1–2; Doc. 12.

[3] Doc. 15.

of Pennsylvania—or, in the alternative, to advise if the Court requires it to be refiled.[4] The motion is already docketed in this Court, with Plaintiff Sarah Archbold's opposition, Pennsylvania District Judge James M. Munley's order granting the motion to the extent that the case was transferred to the District of Nevada, and related filings.[5] It is not clear to the Court whether any issue raised in that briefing has been mooted or now requires supplementation due to the transfer of this case to the District of Nevada.

Good cause appearing, it is hereby ORDERED that Defendants shall **refile** their motion in the District of Nevada by **March 26, 2014**. If any issue has been resolved or mooted since its original filing, or new or supplemental information or authority is required, the document should be redrafted to address only still-relevant and newly-relevant issues.

DATED March 5, 2014.

_____
Jennifer A. Dorsey
United States District Judge

---

[4] Doc. 12; Doc. 14.

[5] Docs. 5–10.