KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
MOOREA L. KATZ, ESQ.
Nevada Bar No. 12007
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax:        (702) 792-9002
hendricksk@gtlaw.com
katzmo@gtlaw.com

*Attorneys for Defendant Landry's Gaming, Inc. and Golden Nugget, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH ARCHBOLD, DONALD L. MARVIN, and DONALD MARVIN,<br><br>Plaintiffs,<br><br>vs.<br><br>LANDRY'S GAMING, INC., GOLDEN NUGGET, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:13-cv-00714-JAD-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties, SARAH ARCHBOLD, DONALD L. MARVIN, and DONALD MARVIN (hereinafter "Plaintiffs") individually, and Defendants LANDRY'S GAMING, INC., GOLDEN NUGGET, INC.

///

///

///

1

LV 420225311v1

(collectively "Defendants"), that this matter shall be dismissed in its entirety with prejudice, each party to bear their own attorney fees and costs.

DATED this 9th day of May, 2014.

By: _____
SARAH ARCHBOLD
524 Independence Road
East Stroudsburg, PA 18301

DATED this 9th day of May, 2014.

By: _____
DONALD MARVIN
524 Independence Road
East Stroudsburg, PA 18301

DATED this 10 day of MAY, 2014.

By: _____
DONALD L. MARVIN
524 Independence Road
East Stroudsburg, PA 18301

DATED this 9 day of June, 2014.

GREENBERG TRAURIG, LLP
_____
KARA B. HENDRICKS
MOOREA L. KATZ, ESQ.
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, Nevada 89169
*Attorneys for Defendants Landry's Gaming, Inc. and Golden Nugget, Inc.*

## ORDER

Based on the parties' stipulation,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Motion to Dismiss [#26] is DENIED as moot.

Dated: June 9, 2014.

_____
UNITED STATES DISTRICT JUDGE